| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)*<br>CR 03-00553SOM-01 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>3:08CR-28-H |

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br>ANTONIO OSORIO-HAN | DISTRICT<br>District of Hawaii | DIVISION<br>Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Susan Oki Mollway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/18/04  TO 8/17/09 |

OFFENSE

<u>Counts 2 and 21</u>: Bank Fraud, in violation of 18 U.S.C. § 1344, Class B felonies

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAR 28 [illegible]
at __ o'clock and __ min __
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>District of Kentucky (Louisville)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/4/08
Date

*[signature]*
Susan Oki Mollway, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KENTUCKY (LOUISVILLE)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-24-08
Effective Date

*[signature]*
United States District Judge