

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OFFICE OF THE CLERK
106 GENE SNYDER COURTHOUSE
601 WEST BROADWAY
LOUISVILLE, KENTUCKY  40202-2249
(502) 625-3500

RECEIVED
CLERK U.S. DISTRICT COURT

MAR 28 2008

DISTRICT OF HAWAII

Jeffrey A. Apperson
Clerk of Court

Vanessa Armstrong
Chief Deputy Clerk

March 25, 2008

Robin L. DeMello
Senior U.S. Probation Officer
United States Probation
300 Ala Moana Boulevard, Room C-110
Honolulu, Hawaii 96850-0110

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2008

at 11 o'clock and ____ min. ____ M.
SUE BEITIA, CLERK

    Re:          Antonio Osorio-Han
    Our Case No.:  3:08CR-28-H
    Your Case No.: 03-00553SOM-01

Dear Officer:

    Enclosed is the <u>original</u> Transfer of Jurisdiction Form 22, accepting jurisdiction over the above-named defendant by this court.

    Please have your Clerk's forward to this office certified copies of the Indictment/Information, Judgment and Commitment Order, Conditions of Probation which are on file in their office.

               Very Truly Yours,
               Jeffrey A. Apperson, Clerk

    by:

               /s/ Renee L. Koch
               Deputy Clerk

Copies to:
United States Attorney
United States Probation- WD/KY
Clerk of Court - D/HA