# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 2, 2008

Office of the Clerk
United States District Court
Western District of Kentucky
106 Gene Snyder Courthouse
601 West Broadway
Louisville, KY 40202-2249

RE: TRANSFER OF JURISDICTION, PROB 22
USA VS. ANTONIO OSORIO-HAN
USDC Hawaii Case No. CR 03-00553 SOM-01
Your Case No. 3:08 CR-28 H

Dear Sir,

Pursuant to the Order Transferring Jurisdiction, enclosed are the following certified documents: Indictment filed 11/25/03, Judgment filed 8/11/04, Transfer of Jurisdiction filed 3/28/08 and docket sheet.  Please acknowledge receipt on the copy of this letter and return.

Sincerely,

Sue Beitia, Clerk

By:

Deputy Clerk

encl.

cc: US Probation, Honolulu, HI

********************************************************************************

Receipt is acknowledged by: _____, Clerk, US District Court

Date: _____        Your case no. _____