AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

1426612

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00553SOM(01) |

Antonio Osorio-Han

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2008

at 9 o'clock and 30 min. A M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Antonio Osorio-Han and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE AS TO WHY SUPERVISION SHOULD NOT BE REVOKED

2007 DEC 17 AM 8:40  U.S. MARSHALS SERVICE HONOLULU HI  RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] Signature of Issuing Officer/Deputy Clerk | December 14, 2007 at Honolulu, Hawaii Date and Location |

Bail Fixed at NO BAIL        By: Susan Oki Mollway, United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
601 W. Broadway Louisville, KY 40202

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/17/08 | J. Bieber  DUSM | [signature] |
| Date of Arrest 3/4/08 | | |